## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RODNEY WARRENFELTZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 17-CV-428-GKF-FHM |
| HOGAN ASSESSMENT SYSTEMS, INC., | ) ) ) |
| Defendant. | ) |

## **ORDER**

Before the court is the Motion to Strike Punitive Damages Claim [Doc. #33] of defendant Hogan Assessment Systems, Inc.

Under Oklahoma law, "[t]he plea for punitive damages rests on the underlying claim, and if there is no recovery on the underlying claim, there can be no recovery of punitive damages." *Rodebush ex rel. Rodebush v. Okla. Nursing Homes, Ltd.*, 867 P.2d 1241, 1247 (Okla. 1993). The Oklahoma punitive damages statute limits the imposition of punitive damages to "action[s] for the breach of an obligation not arising from contract . . . ." 23 O.S. § 9.1. Thus, "a breach of contract alone cannot support an award of punitive damages." *Zenith Drilling Corp. v. Internorth, Inc.*, 869 F.2d 560, 565 (10th Cir. 1989) (Oklahoma law).

Pursuant to this court's order of March 29, 2018, only a breach of contract claim remains in this case. *See* [Doc. #55]. Because a breach of contract claim alone cannot support an award of punitive damages under Oklahoma law, plaintiff's claim for punitive damages is stricken.

- 2 -

WHEREFORE, Defendant Hogan Assessment Systems, Inc.'s Motion to Strike Punitive Damages Claim [Doc. #33] is granted.

DATED this 29th day of March, 2018.

*[Signature]*
GREGORY K. FRIZZELL, CHIEF JUDGE